UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY ALAN BRISK, ) | No. CV 16-900 FFM |
| ) | |
| Plaintiff, ) | JUDGMENT OF REMAND |
| ) | |
| v. ) | |
| ) | |
| NANCY A. BERRYHILL, Acting ) Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order filed concurrently herewith.

DATED: May 3, 2017

                                         /S/FREDERICK F. MUMM
                                          FREDERICK F. MUMM
                                       United States Magistrate Judge